**THE HONORABLE ROBERT J. BRYAN**

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| JENNIFER L. TOBIN, et al,<br><br>    Plaintiffs,<br><br>vs.<br><br>THE STATE OF WASHINGTON, et al,<br><br>    Defendants. | NO.  C06-5630 -RJB<br><br>**STIPULATION AND ORDER FOR EXTENSION OF DISCOVERY CUTOFF AND NOTING OF DISPOSITIVE MOTIONS** |

### I.   STIPULATION

COMES NOW, the parties, by and through their attorneys of record, Paul A. Lindenmuth of *Law Offices of Ben Barcus & Associates* for the Plaintiffs and Peter Helmberger of the *Washington State Attorney General's Office* for the Defendants, to stipulate to and request a Modification of the Case Schedule, with an Order Allowing Extension of the Discovery Cutoff to September 14, 2007, and for final date of filing of Dispositive Motions to September 21, 2007.

DATED this __9th__ day of July, 2007.

TOBIN V WA STATE (3:06-cv-05630-RJB):STIP & ORD
FOR EXTEN OF DISC CUTOFF & NOT OF DISPOS MOT - 1

**Law Offices Of Ben F. Barcus
& Associates, P.L.L.C.**
4303 Ruston Way
Tacoma, Washington 98402
(253) 752-4444 ● FAX 752-1035

```
s/Paul A. Linenmuth                           s/Peter Helmberger
Paul A. Lindenmuth, WSBA #15817               Peter Helmberger, WSBA #23041
Attorney for Plaintiffs                       Attorney for Defendants

On behalf of the Plaintiffs above-named,      On behalf of the Defendants above-named,
I agree to the above-referenced stipulation.  I agree to the above-referenced stipulation.
```

## II. ORDER

The Court, having considered the Stipulation of the Parties, Hereby,

ORDERS, ADJUDGES and DECREES that:

    1)     The Discovery Cutoff is extended to September 14, 2007; and

    2)     It is further ORDERED, ADJUDGED and DECREED, that the date for the filing of Dispositive Motions is moved to September 21, 2007.

DONE IN OPEN COURT this 21st day of July, 2007.

_____
Robert J Bryan
United States District Judge

Presented by:

s/Paul A. Lindenmuth
Paul A. Lindenmuth, WSBA #15817
Of Attorneys for Plaintiffs

Notice of Presentment:

s/Peter Helmberger
Peter Helmberger, WSBA #23041
Of Attorneys for Defendants

TOBIN V WA STATE (3:06-cv-05630-RJB):STIP & ORD FOR EXTEN OF DISC CUTOFF & NOT OF DISPOS MOT - 2

**Law Offices Of Ben F. Barcus & Associates, P.L.L.C.**
4303 Ruston Way
Tacoma, Washington 98402
(253) 752-4444 ● FAX 752-1035