THE HONORABLE ROBERT J. BRYAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| JENNIFER L. TOBIN, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> THE STATE OF WASHINGTON, et al, <br><br> Defendants. | NO.  C06-5630 -RJB <br><br> **STIPULATION AND ORDER RE: MOTIONS RELATING TO DISCOVERY MOTIONS** |

## I.  STIPULATION

COMES NOW, the parties, by and through their attorneys of record, Paul A. Lindenmuth of *Law Offices of Ben Barcus & Associates*, for the Plaintiffs and Peter Helmberger, of the *Washington State Attorney General's Office* for the Defendants, and stipulate and request a Modification of the Case Schedule, moving the deadline for Discovery from July 9, 2007, to September 14, 2007.

DATED this   9th   day of July, 2007.

TOBIN V WA STATE (3:06-cv-05630-RJB):
STIP & ORD RE MOTS RE DISCOVERY - 1

**Law Offices Of Ben F. Barcus
 & Associates, P.L.L.C.**
4303 Ruston Way
Tacoma, Washington 98402
(253) 752-4444 ● FAX 752-1035

s/Paul A. Lindenmuth
Paul A. Lindenmuth, WSBA #15817
Attorney for Plaintiffs

s/Peter A. Helmberger
Peter Helmberger, WSBA #23041
Attorney for Defendants

On behalf of the Plaintiffs above-named, I agree to the above-referenced stipulation.

On behalf of the Defendants above-named, I agree to the above-referenced stipulation.

## II.  ORDER

The Court, having considered the Stipulation of the Parties, Hereby,

ORDERS, ADJUDGES and DECREES that:

1) The deadline for motions related to Discovery is hereby changed from July 9, 2007, to September 14, 2007.

DONE IN OPEN COURT this 21st day of July, 2007.

*/s/ Robert J Bryan/*
Robert J Bryan
United States District Judge

Presented by:

s/Paul A. Lindenmuth
Paul A. Lindenmuth, WSBA #15817
Of Attorneys for Plaintiffs

Notice of Presentment:

s/Peter A. Helmberger
Peter Helmberger, WSBA #23041
Of Attorneys for Defendants

TOBIN V WA STATE (3:06-cv-05630-RJB):
STIP & ORD RE MOTS RE DISCOVERY - 2

**Law Offices Of Ben F. Barcus & Associates, P.L.L.C.**
4303 Ruston Way
Tacoma, Washington 98402
(253) 752-4444 ● FAX 752-1035