UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JENNIFER L. TOBIN, *et al.*, | |
| Plaintiffs, | CASE NO. C06-5630-RJB |
| v. | |
| THE STATE OF WASHINGTON, *et al.*, | ORDER |
| Defendants. | |

This matter comes before the Court on the Plaintiffs' Motion to File Overlength Brief. Dkt. 53. The Court has considered the motion and the file herein.

Plaintiffs' Motion to file an Overlength Brief should be granted. Pending before the Court is Defendants' Motion for Summary Judgment. Dkt. 41. Defendants seek the dismissal of all of Plaintiffs' claims. *Id*. Plaintiffs should be given an opportunity to fully respond.

Therefore, this Court hereby **ORDERS**:

(1) Plaintiffs' Motion to File Overlength Brief (Dkt. 53) is **GRANTED**;

(2) The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 15th day of October, 2007.

ORDER
Page 1

1
2
3

*Robert J. Bryan* (signature)
Robert J. Bryan
United States District Judge

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER
Page 2